# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Antonio Muniz-Bravo<br><br>        Defendant. | Case No.: 04CR1709<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__ for alleged violation(s) of the terms and conditions of his/~~her~~ [pro~~bation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no evidence by ∆; no resources for bail; nature of viol.__

```
                              and/or

B.    (✓)  The defendant has not met his/her burden of establishing by
      clear and convincing evidence that he/she is not likely to pose
      a danger to the safety of any other person or the community if
      released under 18 U.S.C. § 3142(b) or (c). This finding is based
      on:  No evidence by ∆
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/5/14

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE